11 So.3d 1009 (2009)
Michael J. MURPHY, Appellant,
v.
Scott BUNKLEMAN and Ruth Bunkleman, Appellees.
No. 4D07-4996.
District Court of Appeal of Florida, Fourth District.
July 8, 2009.
Michael J. Murphy, Lake Worth, pro se.
Kenneth J. Scherer of Cohen, Norris, Scherer, Weinberger & Wolmer, North Palm Beach, for appellees.
PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1980).
STEVENSON, MAY and LEVINE, JJ., concur.